IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00255-RWS |
| | § | |
| | § | |
| THE GARDEN SHOWS PRODUCTION COMPANY, INC. | § | |
| | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

## ORDER

Before the Court is Plaintiff Quest NetTech Corporation's ("Plaintiff") Notice of Voluntary Dismissal of its complaint against Defendant The Garden Shows Production Company, Inc. ("Defendant") without prejudice. Having considered the same, the Court finds that the Motion is GRANTED.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed without prejudice.

**SIGNED this 11th day of July, 2016.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE